FILED
CLERK, U.S. DISTRICT COURT

JAN 1 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>JOSE RODRIGUEZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>MJ 08-00064<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing
is set for _Thursday Jan 17_ , _2008_ , at _10:00_ ☑a.m. / ☐p.m. before the
Honorable _Eick_ , in Courtroom _Criminal Duty Courtroom_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_(Other custodial officer)_

Dated: _1/15/08_               _____
                              U.S. District Judge/Magistrate Judge